**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7779**

DOREL PICKETT,

                Plaintiff - Appellant,

       v.

DEPUTY M. RAWLS, 71 Sussex S. D.; LIEUTENANT BANTY, Sussex
Lieutenant; DEPUTY CHERRY, Sussex Deputy,

                Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Arenda L. Wright Allen,
District Judge. (2:14-cv-00278-AWA-DEM)

Submitted:  April 23, 2015           Decided:  April 27, 2015

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dorel Pickett, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dorel Pickett appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Pickett v. Rawls</u>, No. 2:14-cv-00278-AWA-DEM (E.D. Va. Nov. 10, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>